## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **TYRONE L. FARRIS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **CIV-21-291-RAW-KEW** |
| | ) | |
| **CHAD DENNIS,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent is hereby ordered to show cause why the writ should not issue by filing an answer to the petition within thirty (30) days. *Extensions of time will be granted for good cause only and in no event for longer than an additional twenty (20) days.*

**IT IS SO ORDERED** this 25th day of   January   2022.

_____
**KIMBERLY E. WEST**
**UNITED STATES MAGISTRATE JUDGE**